UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

v.

Vincent Jacobus Munster
Claude Yinda Kwe,

       Defendants.

_____/

Case: 2:26−mj−30139
Assigned To : Unassigned
Assign. Date : 3/17/2026
Description: CMP USA V. MUNSTER
ET AL (DJ)

FILED UNDER SEAL

**MOTION TO SEAL COMPLAINT AND ARREST WARRANTS**

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrants, and all attendant papers for the reason that the Defendants may flee prior to appearance on the complaint. The government requests that the sealing order is entered with the express exception that upon the Defendant's arrest, the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court:  the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the

Federal Community Defender's Officer, and/or the Defendant's attorney.

<div style="margin-left: 50%;">

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Timothy P. McDonald*
Timothy P. McDonald  P64562
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-0221

</div>

Dated:  March 16, 2026