UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.

D-1 Vincent Jacobus MUNSTER,
D-2 Claude Yinda KWE,

      Defendants.

_____/

Case No. 26-MJ-30139

FILED UNDER SEAL

**ORDER GRANTING GOVERNMENT'S MOTION TO SEAL SECOND AMENDED COMPLAINT AND ARREST WARRANTS**

This sealing order is entered with the express exception that upon the Defendant's arrest, the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court:  the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal Community Defender's Officer, and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

    **IT IS SO ORDERED.**

HON. David R. Grand
United States Magistrate Judge

Entered:   June 1, 2026