UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                  Criminal No. 26-mj-30139

v.

D-1 Vincent Jacobus MUNSTER,
D-2 Claude Yinda KWE,

      Defendants.

_____/

## MOTION TO UNSEAL THE SECOND AMENDED COMPLAINT AND ARREST WARRANTS

The United States of America requests the court to unseal the Second Amended Complaint, Arrest Warrants, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                  Respectfully submitted,

                                  Jerome F. Gorgon Jr.
                                  United States Attorney

                                  *s/Timothy P. McDonald*
                                  Timothy P. McDonald P64562
                                  Assistant United States Attorney
                                  211 W. Fort Street, Suite 2001
                                  Detroit, MI 48226
                                  timothy.mcdonald2@usdoj.gov
Dated: June 2, 2026               (313) 226-0221