UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                Criminal No. 26-mj-30139

v.

D-1 Vincent Jacobus MUNSTER,
D-2 Claude Yinda KWE,

      Defendants.

_____/

## ORDER UNSEALING THE SECOND AMENDED COMPLAINT AND ARREST WARRANTS

For the reasons stated in the government's motion, it is ordered that the Second Amended Complaint, Arrest Warrants, and all attendant papers be unsealed.

**IT IS SO ORDERED.**

                                  s/David R. Grand

                                  _____

                                  Hon. David R. Grand
                                  United States Magistrate Judge

Entered:  6/2/26