UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    v.                                                    Case No.: 26-mj-30139

VINCENT MUNSTER

         Defendant.

_____/

### STIPULATION TO ADJOURN INITIAL APPREARANCE IN THE EASTERN DISTRICT OF MICHIGAN

The United States of America and Defendant Vincent Munster, by and through their respective counsel, stipulate and agree that there is good cause to adjourn Defendant's Initial Appearance in the Eastern District of Michigan from June 24, 2026 until July 22, 2026 at 1:00 p.m.

On June 3, 2026, Defendant made his initial appearance in Rule 5(c) proceedings in the United States District Court for the District of Montana. *See District of Montana Dkt. No. 9:26mj82*. During the proceeding, United States District Judge Kathleen L. DeSoto released the Defendant with conditions and ordered that he appear in the Eastern District of Michigan on June 24, 2026. Counsel for the defendant is unavailable on June 24, 2026 due to a previously scheduled commitment.

The parties further stipulate and agree that the Second Amended Criminal Complaint filed on May 29, 2026 (ECF No. 11), shall remain in full force and effect through the new date of July 22, 2026. Moreover, the order regarding pretrial release entered on June 3, 2026, shall likewise remain in full force and effect.

Approved:


*s/Timothy P. McDonald*
Timothy P. McDonald
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0221
timothy.mcdonald@usdoj.gov

*s/ Mark J. O'Brien* (with consent)
Mark J. O'Brien
Counsel for Defendant Munster
511 West Bay Street, Suite 330
Tampa, Florida 33606
(813) 228-6989
mjo@markjobrien.com


Dated: June 22, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    v.                                   Case No.: 26-mj-30139

VINCENT MUNSTER

                Defendant.
_____/

## ORDER ADJOURING INITIAL APPEARANCE IN THE EASTERN DISTRICT OF MICHIGAN

This matter having come before the Court upon the stipulation of the parties, and the Court having reviewed the stipulation and the basis upon which the parties have requested an extension of time; now therefore, the Court orders that the Initial Appearance is adjourned from June 24, 2026 and will be rescheduled for July 22, 2026 at 1:00 p.m.

It is further ordered that the Second Amended Criminal Complaint filed on May 29, 2026 (ECF No. 11), shall remain in full force and effect through the new date of July 22, 2026. Moreover, the order regarding pretrial release entered on June 3, 2026, shall likewise remain in full force and effect.

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: June 22, 2026